# United States Bankruptcy Court

Middle District of Alabama
Case No. 13-30668
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael Granderson
922 Heath Dr
Montgomery AL 36108

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/02/2015.

Name and Address of Alleged Transferor(s):

Claim No. 1: Santander Consumer USA, P.O. Box 560284, Dallas, TX 75356-0284

Name and Address of Transferee:

NCEP, LLC
by AIS Data Services, LP as agent
PO Box 4138
Houston, TX 77210

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/04/15

Juan-Carlos Guerrero
**CLERK OF THE COURT**

United States Bankruptcy Court
Middle District of Alabama

In re:
Michael Granderson
       Debtor

Case No. 13-30668-DHW
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1127-2     User: jingram     Page 1 of 1     Date Rcvd: Feb 02, 2015
                       Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2015.
2808641        Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                 TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                 TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2015                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2015 at the address(es) listed below:
         Bankruptcy Administrator    ba@almb.uscourts.gov
         Curtis C. Reding    trustees_office@ch13mdal.com
         Richard D. Shinbaum    on behalf of Debtor Michael   Granderson rshinbaum@smclegal.com,
           smclegalecf@gmail.com
                                               TOTAL: 3